**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01375-CV

### ROGER K. PARSONS, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR FOR THE ESTATE OF ESTHER ANN KARTSOTIS PARSONS, Appellant

### V.

### MICHAEL KEVIN QUEENAN AND THE QUEENAN LAW FIRM, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00971**

## ORDER

By letter dated May 13, 2016, the Court was notified appellant's attorney, Christopher Nygaard, was deceased. By order dated May 26, 2016, we directed the Clerk of the Court to remove Christopher Nygaard as attorney of record for appellant and ordered appellant to notify the Court of the name and contact information of new appellate counsel, or to inform the Court appellant would be representing himself for the remainder of the appeal. On June 27, 2016, appellant filed a "notification in compliance" with out May 26, 2016 order in which appellant seeks a "sua sponte equitable bill of review." Although difficult to ascertain, it appears appellant is, in part, contending our May 26, 2016 order was erroneous because he cannot represent the estate of Esther Ann Kartsotis Parsons because he is not licensed to practice law in Texas. We

agree with appellant he cannot represent the estate in this appeal. *See Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App—Waco 2006, no pet.).

Accordingly, we **ORDER** appellant to notify the Court of the name and contact information of appellate counsel to represent the estate in this appeal within **THIRTY DAYS** of the date of this order. In the event appellant fails to provide the Court with the required information, the appeal will proceed with appellant representing himself regarding any individual claims, and any claims on behalf of the estate of Esther Ann Kartsotis Parsons will be dismissed without further notice. Because briefs in this case have been filed and the case is at issue, the case will be set for submission in due course, but not within the next thirty days.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE